**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

RICHARD REINHARDT
(pka RICHIE RAMONE and RICHIE BEAU),

    Plaintiff,

-against-

WAL MART STORES, INC, APPLE, INC.
REALNETWORKS, INC., ESTATE OF
JOHN CUMMINGS (aka JOHN RAMONE
and JOHNNY RAMONE), TACO TUNES,
INC., RAMONES PRODUCTIONS, INC.,
HERZOG & STRAUS, IRA HERZOG,

    Defendants.

Order

Case No. 07 CV 8233(SAS)



RECEIVED CHAMBERS
NOV - 1 2007
JUDGE SCHEINDLIN

---

Pursuant to the October 18, 2007 Order for an Initial Pre-Trial Conference ("Conference Order"), Counsel were directed to appear at the United States Courthouse, 500 Pearl Street, New York, Courtroom 15C, on November 20, 2007 at 4:30 p.m., for an initial pretrial conference.

Counsel are now directed to appear at the United States Courthouse, 500 Pearl Street, New York, Courtroom 15C, on _November 27_ at _4:00pm_, for the initial pretrial conference.

All other instructions in the Conference Order shall remain in effect.

Dated: New York, New York
      November _1_, 2007

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.

1