UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RICHARD REINHARDT                                            :   07 Civ. 8233 (SAS)
(pka Richie Ramone and Richie Beau), an individual,          :
                                                             :
                  Plaintiff,                          :
                                                             :   JOINDER OF DEFENDANTS
     -against-                                             :   WAL-MART STORES, INC.,
                                                             :   APPLE, INC. AND
WAL MART STORES, INC., APPLE, INC.,                          :   REALNETWORKS, INC. TO
REALNETWORKS, INC., ESTATE OF                                :   MOTION TO DISMISS FILED
JOHN CUMMINGS (aka JOHN RAMONE and                           :   BY DEFENDANTS ESTATE OF
JOHNNY RAMONE), TACO TUNES, INC.,                            :   JOHN CUMMINGS TACO
RAMONES PRODUCTS, INC.,                                      :   TUNES, INC., IRA HERZOG,
HERZOG & STRAUS, IRA HERZOG,                                 :   RAMONES PRODUCTIONS,
                                                             :   INC. AND HERZOG & STRAUS
                  Defendants.                         :
------------------------------------------------------------------------X

Defendants Wal-Mart Stores, Inc., Apple, Inc. and RealNetworks, Inc. (the "Digital Provider Defendants") join in the motion to dismiss filed with this Court on January 18, 2008, by the remaining Defendants in this action. The Digital Provider Defendants respectfully request that this Court dismiss the complaint filed by Plaintiff in this action for the same reasons set forth in the January 18, 2008 motion to dismiss, and accompanying memorandum of law, filed by the remaining Defendants in this action.

Dated: January 23, 2008

Respectfully Submitted,

GIBSON, DUNN & CRUTCHER, LLP
Cynthia S. Arato (CA 8350)
Gabrielle Levin (GL 1181)
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

By: _____
       Cynthia S. Arato

Attorneys for Defendants
Wal-Mart Stores, Inc. and RealNetworks, Inc.

LATHAM & WATKINS, LLP
Christopher Harris (CH 6513)
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

By: _____
       Christopher Harris

Attorneys for Apple, Inc.

Defendants Wal-Mart Stores, Inc., Apple, Inc. and RealNetworks, Inc. (the "Digital Provider Defendants") join in the motion to dismiss filed with this Court on January 18, 2008, by the remaining Defendants in this action. The Digital Provider Defendants respectfully request that this Court dismiss the complaint filed by Plaintiff in this action for the same reasons set forth in the January 18, 2008 motion to dismiss, and accompanying memorandum of law, filed by the remaining Defendants in this action.

Dated: January 23, 2008                     Respectfully Submitted,


                                            GIBSON, DUNN & CRUTCHER, LLP
                                            Cynthia S. Arato (CA 8350)
                                            Gabrielle Levin (GL 1181)
                                            200 Park Avenue, 47th Floor
                                            New York, New York 10166-0193
                                            Telephone: (212) 351-4000
                                            Facsimile: (212) 351-4035


                                            By:_____
                                                Cynthia S. Arato

                                            Attorneys for Defendants
                                            Wal-Mart Stores, Inc. and RealNetworks, Inc.


                                            LATHAM & WATKINS, LLP
                                            Christopher Harris (CH 6513)
                                            885 Third Avenue
                                            New York, New York 10022-4834
                                            Telephone: (212) 906-1200
                                            Facsimile: (212) 751-4864


                                            By:_____
                                                Christopher Harris

                                            Attorneys for Apple, Inc.