```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RICHARD REINHARDT (p/k/a RICHIE RAMONE
and RICHIE BEAU),

                      Plaintiff,                07 CIVIL 8233 (SAS)

     -against-                               **JUDGMENT**

WAL-MART STORES, INC., et al.,
                    Defendants.
------------------------------------------------------------X

      Defendants having moved to dismiss the amended complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on April 18, 2008, having rendered its Opinion and Order granting defendants' motion to dismiss, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 18, 2008, defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
           April 18, 2008

                                                  **J. MICHAEL McMAHON**
                                                  _____
                                                     Clerk of Court
                                **BY:**
                                                     _____
                                                       **Deputy Clerk**

                                                     **THIS DOCUMENT WAS ENTERED**
                                                     **ON THE DOCKET ON** _____