UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RICHARD REINHARDT                                    :    07 Civ. 8233 (SAS)
(pka Richie Ramone and Richie Beau), an individual,  :
                                                     :
                    Plaintiff,                       :
                                                     :    JOINDER OF DEFENDANTS
     -against-                                       :    WAL-MART STORES, INC.,
                                                     :    AND REAL NETWORKS, INC.
WAL MART STORES, INC., APPLE, INC.,                  :    TO DEFENDANTS'
REALNETWORKS, INC., ESTATE OF                        :    APPLICATION FOR
JOHN CUMMINGS (aka JOHN RAMONE and                   :    ATTORNEYS' FEES
JOHNNY RAMONE), TACO TUNES, INC.,                    :    PURSUANT TO 17 USC § 505
RAMONES PRODUCTS, INC.,                              :
HERZOG & STRAUS, IRA HERZOG,                         :
                                                     :
                    Defendants.                      :
------------------------------------------------------------------X

Defendants Wal-Mart Stores, Inc., and RealNetworks, Inc. (the "Digital Providers") join in the Application for Attorneys' Fees Pursuant to 17 USC § 505 filed in this action on May 2, 2008, by Defendants Estate of John Cummings, Taco Tunes, Inc., Ira Herzog, Ramones Productions, Inc. and Herzog & Strauss. The Digital Providers respectfully request that this Court grant the fee application for the same reasons set forth in the May 2, 2008 application, and accompanying memorandum of law, filed by the above Defendants and order the payment of fees set forth in the accompanying Declaration of Cynthia S. Arato.

Dated: May 2, 2008                          Respectfully Submitted,
       New York, New York


                                            GIBSON, DUNN & CRUTCHER, LLP
                                            Cynthia S. Arato (CA 8350)
                                            Gabrielle Levin (GL 1181)
                                            200 Park Avenue, 47th Floor
                                            New York, New York  10166-0193
                                            Telephone:  (212) 351-4000
                                            Facsimile:  (212) 351-4035


                                            By:_____
                                                 Cynthia S. Arato

                                            Attorneys for Defendants
                                            Wal-Mart Stores, Inc. and RealNetworks, Inc.