## CERTIFICATE OF SERVICE

I, Angel S. Arias, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 2nd day of May 2008, I served the Joinder of Defendants Wal-Mart Stores, Inc. and Real Networks, Inc. to Defendants Application for Attorneys' Fees Pursuant to 17 USC § 505, electronically (via ECF Notification), upon all counsel of record in this action.

*/s/ Angel S. Arias*
Angel S. Arias

100439250_1.DOC