UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Richard Reinhardt p/k/a Richie Ramone, :

    Plaintiff, :

    -v- :

Wal-Mart Stores, Inc., Apple, Inc.,    07 CV 8233 (SAS)
RealNetworks, Inc., Taco Tunes, Inc, :
Ramones Productions, Inc.,
Estate of John Cummings, Herzog & Strauss and :
Ira Herzog

     :

    Defendants.

     :

---



## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that RICHARD REINHARDT, the plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order of the Honorable Shira A. Scheindlin, U.S.D.J., entered in this action on the 18th day of April, 2008. A copy of the Order appealed from is attached hereto as Exhibit A.

Respectfully submitted, this 9th day of May, 2008.

ROBERTS & RITHOLZ, LLP

By: _____
Jeff Sanders (JS 3989)
183 Madison Avenue, Penthouse
New York, New York 10016
Tel: (212) 448-1800
Email: jsanders@robritlaw.com

*Attorneys for Plaintiff*