# Exhibit A

Reinhardt
98370-00065

---

Detail Services:

12/05/07
    1.00    Levin, Gabrielle F    Telephone conference with C. Arato regarding case background; review complaint; draft document retention memorandum; research copyright registrations for songs identified in complaint.

12/07/07
    1.00    Arato, Cynthia S    Telephone call to S. Levy re new materials; telephone calls with WalMart and Real Networks and Apple

01/02/08
    2.00    Arato, Cynthia S    Review draft of motion to dismiss; REDACTED lengthy email to S. Levy re motion to dismiss; telephone calls with S. Levy re same; review recording agreements re same

**REDACTED**

01/04/08
    7.00    Arato, Cynthia S    Review/revise motion to dismiss drafted by S. Levy

    2.50    Levin, Gabrielle F    Perform legal research for motion to dismiss.

01/07/08
    1.50    Arato, Cynthia S    Final revisions to S. Levy draft motion to dismiss; emails re proposed amended complaint and engagement letters

01/08/08
    0.80    Arato, Cynthia S    Telephone call with plaintiff's counsel re First Amended Complaint; email to all re draft motion; telephone call with S. Palerm; attention to engagement letter

**REDACTED**

01/10/08
| | | |
|---|---|---|
| 0.50 | Arato, Cynthia S | Telephone call with S. Levy re motion to dismiss |
| 0.50 | Arato, Cynthia S | Emails and review draft of letter to court and filing deadline |
| 0.75 | Levin, Gabrielle F | Draft letter to J. Scheindlin regarding deadline to respond to amended complaint. |

01/11/08
| | | |
|---|---|---|
| 0.60 | Arato, Cynthia S | Telephone call with S. Levy re motion to dismiss; review letter to Court, email same to all |

01/14/08
| | | |
|---|---|---|
| 0.80 | Arato, Cynthia S | Revisions to motion to dismiss; REDACTED |
| 0.25 | Levin, Gabrielle F | Perform legal research regarding REDACTED |

**REDACTED**

01/17/08
| | | |
|---|---|---|
| 0.15 | Arato, Cynthia S | Emails with S. Levy |

01/18/08
| | | |
|---|---|---|
| 0.25 | Arato, Cynthia S | Emails re joinder |

01/21/08
| | | |
|---|---|---|
| 0.50 | Arato, Cynthia S | Prepare joinder; email re same |

01/22/08
0.75   Arato, Cynthia S                    Emails to/from S. Palerm and counsel for Apple re
                                           joinder; letter to all counsel; attention to filing
                                           joinder

0.50   Levin, Gabrielle F                  Perform legal research regarding  REDACTED
                                           REDACTED  copyright infringement cases in
                                           Ninth Circuit.

**REDACTED**

REINHARDT
98370-00065

Detail Costs/Charges:

In House Duplication

| Date | Amount | Description |
|---|---|---|
| 01/03/08 | 1.20 | In House Duplication Charge via Equitrac - 01/03/08 |
| 01/04/08 | 0.10 | In House Duplication Charge via Equitrac - 01/04/08 |
| 01/07/08 | 2.20 | In House Duplication Charge via Equitrac - 01/07/08 |
| 01/08/08 | 0.20 | In House Duplication Charge via Equitrac - 01/08/08 |
| 01/10/08 | 0.60 | In House Duplication Charge via Equitrac - 01/10/08 |
| 01/11/08 | 0.10 | In House Duplication Charge via Equitrac - 01/11/08 |
| 01/15/08 | 3.40 | In House Duplication Charge via Equitrac - 01/15/08 |
| 01/18/08 | 0.10 | In House Duplication Charge via Equitrac - 01/18/08 |
| 01/22/08 | 25.70 | In House Duplication Charge via Equitrac - 01/22/08 |
| 01/23/08 | 0.20 | In House Duplication Charge via Equitrac - 01/23/08 |
| 01/25/08 | 0.30 | In House Duplication Charge via Equitrac - 01/25/08 |
| 01/31/08 | 0.20 | In House Duplication Charge via Equitrac - 01/31/08 |

On-Line Research (Westlaw)

| Date | Amount | Description |
|---|---|---|
| 01/04/08 | 1,410.11 | LEVIN,GABRIELLE F    01/04/08    98370-00065    WESTLAW RESEARCH AND PRINTING CHARGES |
| 01/14/08 | 114.45 | LEVIN,GABRIELLE F    01/14/08    98370-00065    WESTLAW RESEARCH AND PRINTING CHARGES |

Invoice Date: February 14, 2008    Invoice No. 2008021654
**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 01/22/08 | 274.19 | LEVIN,GABRIELLE F   01/22/08   98370-00065  WESTLAW RESEARCH AND PRINTING CHARGES |

Postage
| | | |
|---|---|---|
| 01/31/08 | 8.12 | 1/3/08 C.ARATO-4 FIRST CLASS CERTIFIED MAIL |
| 01/31/08 | 36.50 | 1/22/08 C.ARATO-5 FIRST CLASS MAIL |

Telephone Charges
| | | |
|---|---|---|
| 01/15/08 | 2.20 | 213-485-1234 01/15/08 LOSANGELES   California |

Invoice Date: February 14, 2008   Invoice No. 2008021654
**Due and Payable Upon Receipt**

Reinhardt
98370-00065

---

Detail Services:

| Date | Hours | Attorney | Description |
|---|---|---|---|
| 01/22/08 | 0.80 | Arias, Angel S | Speak with C. Arato re the filing of a joinder in the Federal court; review and organize same; access the court database for information re the status of the matter and to file document electronically; inform C. Arato re same. |
| 01/23/08 | 0.20 | Arias, Angel S | Speak with C. Arato re the filing of the joinder; access the court database re same. |
| 02/22/08 | 0.65 | Arato, Cynthia S | Review opposition brief; comment upon same. |
| 02/23/08 | 0.75 | Levin, Gabrielle F | Review opposition brief to motion to dismiss. |
| 02/25/08 | 0.50 | Arato, Cynthia S | Review draft reply; telephone call with S. Palerm regarding same. |
| 02/28/08 | 5.30 | Arato, Cynthia S | Telephone conference with counsel for Plaintiff; letter regarding extension; review reply; emails regarding reply. |
|  | 3.70 | Levin, Gabrielle F | Telephone conference with C. Arato regarding status and motion to dismiss reply brief; draft letter to court requesting extension of time to file reply brief; perform legal research regarding: REDACTED REDACTED conference with C. Arato regarding legal research; perform legal research for motion to dismiss reply brief. |
| 02/29/08 | 1.00 | Arato, Cynthia S | Further revisions to reply; emails regarding same. |
|  | 1.50 | Levin, Gabrielle F | Perform legal research for motion to dismiss reply brief. |

REINHARDT
98370-00065

---

Detail Costs/Charges:

<u>In House Duplication</u>
02/14/08     1.80     In House Duplication Charge via Equitrac - 02/14/08

02/21/08     6.70     In House Duplication Charge via Equitrac - 02/21/08

<u>On-Line Research (Westlaw)</u>
02/28/08     942.05     LEVIN,GABRIELLE F    02/28/08      98370-00065   WESTLAW RESEARCH AND PRINTING CHARGES

02/29/08     680.15     LEVIN,GABRIELLE F    02/29/08      98370-00065   WESTLAW RESEARCH AND PRINTING CHARGES

<u>Postage</u>
02/20/08     1.14     2/14/08 C.ARATO-ONE FIRST CLASS MAIL

<u>Telephone Charges</u>
02/21/08     4.37     415-543-6010 02/21/08 SAN FRAN     California

Invoice Date: March 12, 2008     **Due and Payable Upon Receipt**     Invoice No. 2008031452

REINHARDT
98370-00065

---

Detail Services:

**REDACTED**

12/06/07
    0.80    Arato, Cynthia S                        Review materials from S. Levy

12/11/07
    2.00    Arato, Cynthia S                        Telephone call with S. Levy re motion to dismiss; telephone call with L. Godfrey of Real Networks; REDACTED ; telephone call with K. Isenberg re publishing deals; review Warner/Chappell deal with Taco Tunes; obtain California ruling re implied license and sent to S. Levy

**REDACTED**

12/14/07
    0.50    Levin, Gabrielle F                     Review state court materials; review recording agreement.

**REDACTED**

REINHARDT
98370-00065

---

Detail Costs/Charges:

<u>In House Duplication</u>
| | | |
|---|---|---|
| 12/17/07 | 0.20 | In House Duplication Charge via Equitrac - 12/17/07 |
| 12/21/07 | 2.80 | In House Duplication Charge via Equitrac - 12/21/07 |

Reinhardt
98370-00065

Detail Services:

04/03/08
  0.10    Arato, Cynthia S                            Telephone call with D. Schector regarding representation.

04/18/08
  0.40    Arato, Cynthia S                            Review order granting motion to dismiss; emails regarding same.

  0.50    Levin, Gabrielle F                         Review court's opinion dismissing the case.

**REDACTED**

Invoice Date: May 7, 2008          **Due and Payable Upon Receipt**          Invoice No. 2008051011

REINHARDT
98370-00065

Detail Costs/Charges:

In House Duplication
04/18/08          1.40      In House Duplication Charge via Equitrac - 04/18/08

04/22/08          0.10      In House Duplication Charge via Equitrac - 04/22/08

Invoice Date: May 7, 2008                                                    Invoice No. 2008051011
                        **Due and Payable Upon Receipt**

Reinhardt
98370-00065

---

Detail Services:

03/03/08
   1.80   Arato, Cynthia S                  Numerous telephone calls and emails regarding reply.

03/10/08
   0.50   Levin, Gabrielle F               Review motion to dismiss reply brief.

Invoice Date: April 18, 2008                                        Invoice No. 2008042503

**Due and Payable Upon Receipt**

REINHARDT
98370-00065

_____

—

Detail Costs/Charges:

<u>In House Duplication</u>
03/10/08        0.10        In House Duplication Charge via Equitrac - 03/10/08

03/12/08        5.00        In House Duplication Charge via Equitrac - 03/12/08

<u>Postage</u>
03/28/08        2.40        3/12/08 C.ARATO-3 FIRST CLASS MAIL

Invoice Date: April 18, 2008                    Invoice No. 2008042503
                    **Due and Payable Upon Receipt**